1  GORDON L. HALL
   c/o 3546 East Presidio Circle
2  Mesa, Arizona 85213

3

4

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 9 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

5
                        IN THE UNITED STATES DISTRICT COURT
6                              DISTRICT OF ARIZONA
                                PHOENIX DIVISION
7  In RE:

8     UNITED STATES OF AMERICA          )  CASE NO.:   2:13-mj-07087-BSB
                                        )
9                          Plaintiff,   )  NOTICE OF TERMINATION OF COUNSEL
             vs,                        )
10                                      )
      GORDON L. HALL                    )  [Filed concurrently with AFFIDAVIT OF
11    BENTON T. HALL                    )  SERVICE]
                                        )
12    _____ Defendant.     )

13

14     The aggrieved party Defendant, GORDON L. HALL, hereby gives notice of the termination of the

15  counsel, the public defender appointed to the Defendant by this Court.

16

17                       In Witness Whereof I have hereunto set my hand and seal.

18                                                     GORDON L. HALL

19

20  Dated: March 19, 2013

21                                                     By: Shannon Taylor Hall as Attorney-in-fact for
                                                       Gordon LeRoy Hall
22

23

24

25

26

27

28

```
                    IN THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ARIZONA
                            PHOENIX DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 2:13-mj-07087-BSB |
| | ) | |
| | ) | AFFIDAVIT OF SERVICE |
| Plaintiff, | ) | |
| vs, | ) | In support of |
| | ) | NOTICE OF TERMINATION OF COUNSEL |
| GORDON L. HALL | ) | |
| BENTON T. HALL | ) | |
| | ) | |
| Defendant. | ) | |

Maricopa county        )
Arizona state           )   affirmed and subscribed
United States of America )

I, the undersigned, hereby certify:

1. I am over the age of 18 years, and I am not a party to this action.

2. I served the following documents:

    a. NOTICE OF TERMINATION OF COUNSEL.

3. Service was made on ___March 10, 2013___ by depositing the parcel(s), with the documents named in paragraph 2 enclosed therein, at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

4. The parcel(s) was/were addressed to the recipient(s) at the address (es) with the first class USPS indicated as follows:

    a. Jane L. McClellan, Federal Public Defenders Office - Phoenix, 850 W Adams St., Ste. 201, Phoenix, AZ 85007,

    b. Lisa Jennis Settel, US Attorneys Office – Phoenix, AZ, 2 Renaissance Square, 40 N Central Ave., Ste. 1200, Phoenix, AZ 85004-4408

[THIS SPACE INTENTIONALLY LEFT BLANK]

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
2  and correct.

3
4  Dated: __March 18, 2013__

5                                                                              Shannon Taylor Hall
                                                                               c/o 3546 East Presidio Circle
6                                                                              Mesa, Arizona

7
8
9            **WITNESS OF OATH**                                        **WITNESS OF OATH**
   __Maricopa__ County           )                          __Maricopa__ County           )
10 __Arizona__ Republic           ) affirmed and subscribed  __Arizona__ Republic           ) affirmed and subscribed
   United States of America       )                          United States of America       )
11 Subscribed and affirmed to (or sworn) before me on this __19th__   Subscribed and affirmed to (or sworn) before me on this __18__ day
   day of                                                              of
12 __March__, by **Shannon Taylor Hall**,                    __March__, by **Shannon Taylor Hall**,
   personally known to me.                                    personally known to me.
13
14 (seal)   YIWEN KRUS                              (seal)   Marisol Mota
           3434 W. TULSA ST.                                1731 E DETROIT ST
15         CHANDLER, AZ 85226                              CHANDLER, AZ 85225

16
17
18
19
20
21
22
23
24
25
26
27
28